# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IRENE ALEJO-HERNANDEZ,<br><br>Defendant. | Case No.: 2:22-cr-00106-APG-NJK<br><br>**ORDER** |

Pending before the Court is Defendant Irene Alejo-Hernandez's motion for return of property. Docket No. 53. The Court **SETS** a hearing on Defendant's motion for July 25, 2022, at 10:00 a.m., in Courtroom 3C. Defendant, Defendant's counsel, and counsel for the United States must be personally present in the courtroom for the hearing. There will be no exceptions to this appearance requirement.

IT IS SO ORDERED.

DATED: July 19, 2022.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE